UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

Willie Blocker,

       Plaintiff,

  v.

Bluestem Brands, Inc. d/b/a Fingerhut,

       Defendant.

Civil Action No.: 3:14-cv-00836-HTW-LRA

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Willie Blocker, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Date: July 22, 2015                      RESPECTFULLY SUBMITTED,

                                            By: /s/ Shireen Hormozdi
                                            Shireen Hormozdi
                                            Krohn & Moss, Ltd
                                            10474 Santa Monica Blvd. Suite 405
                                            Los Angeles, CA 90025
                                            Tel: (323) 988-2400 x 267
                                            Fax: (866) 861-1390
                                            Email: shormozdi@consumerlawcenter.com
                                            Mississippi Bar No. 103799

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
