**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| Willie Blocker,<br><br>    Plaintiff,<br><br>    v.<br><br>Bluestem Brands, Inc. d/b/a Fingerhut,<br><br>    Defendant. | Civil Action No.: 3:14-cv-00836-HTW-LRA |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Date: September 23, 2015          RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com
Mississippi Bar No. 103799

1

DATED:  September 23, 2015        RESPECTFULLY SUBMITTED,

                                              By: */s Jesse Mitchell, III*
                                              Jesse Mitchell, III (103020)
                                              The Mitchell Firm, PLLC
                                              1020 Highland Colony Parkway, Suite 704
                                              Ridgeland, MS 39157
                                              Telephone: 769-300-0462
                                              Facsimile: 601-510-1981
                                              E-mail: jmitchell@themitchellfirms.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2015, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff